IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN BLAKENEY                                                          PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:06-cv-00281-TSL-JCS

CITY OF TAYLORSVILLE, MISSISSIPPI, ET AL.                    DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss the plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice, with the parties to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 11th day of January, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE

AGREED TO:

/s/ Michael D. Goggans
MICHAEL D. GOGGANS, ESQ.
ATTORNEY FOR PLAINTIFF

/s/ Gerald D. Garner
GERALD D. GARNER, ESQ.
ATTORNEY FOR HEFLIN ENGINEERING AND
HUBERT HEFLIN, INDIVIDUALLY


/s/ Gaines Spencer Beard, Jr.
GAINES SPENCER BEARD, JR., ESQ.
ATTORNEY FOR DEFENDANTS CITY OF
TAYLORSVILLE, MISSISSIPPI; MIKE BRYANT,
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS THE BOARD OF ALDERMEN
OF THE CITY OF TAYLORSVILLE, MISSISSIPPI;
AND LARRY MOFFETT, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS THE BOARD OF
ALDERMEN OF THE CITY OF TAYLORSVILLE,
MISSISSIPPI


/s/ Victoria H. Rundlett
VICTORIA HARDY RUNDLETT - BAR # 100436
ATTORNEY FOR DEFENDANTS PAUL
MEADOWS AND MEADOWS FOREST
PRODUCTS COMPANY, INC.'S


4570-115471/ba